# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



FILED JUN 22 2018
Clerk U.S. District Court
Greensboro, NC
BY_____

| | |
|---|---|
| Betty Jo Locklear Hill<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>1) School Board of Robeson County<br>2) Superintent Shenita Wooten<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 18CV546<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

    **A. The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: Betty Jo Locklear Hill
    Street Address: P.O. Box 1884
    City and County: Pembroke — Robeson
    State and Zip Code: N.C. 28372
    Telephone Number: 910-813-0197
    E-mail Address:

    **B. The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: School Board of Robeson County
- Job or Title (if known):
- Street Address: 201 East Livermore St.
- City and County: Pembroke - Robeson
- State and Zip Code: NC 28372
- Telephone Number: 910-671-6000
- E-mail Address (if known):

Defendant No. 2
- Name: Superintent Shenita Wooten
- Job or Title (if known): Superintendent of Schools
- Street Address: 201 East Livermore St.
- City and County: Pembroke - Robeson
- State and Zip Code: NC 28372
- Telephone Number: 910-671-6000
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Betty Jo Locklear Hill, is a citizen of the State of *(name)* N.C.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* School Board of Robeson Count, is a citizen of the State of *(name)* NC. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, (name) ~~Sheritta Weester~~, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_Yes - Retirement Payments AND Back payment on Retirement started on 12-12-16_

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_I worked at Long Branch Elem. 9.2 yrs. When I had to walk away from my Pre-K that I loved so much, because of verbal non-stop harassment from Dr. Penny Britt. She would verbally attack me anytime she got the chance. When school started back the summer of 2013 in August, it really got bad. I was working in my class getting ready for my students to begin there Pre-K, when she walked through my class and asked me what I was doing. I told her I was calling all the parents for me and Mrs. Moore (new teacher who was in meetings, whom I was doing all her work for her students class to make_

(Go to Add-on paper)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_To pay me my Retirement for working 29.2 years with the Robeson County School System for the rest of my life._

## III Statement of Claim

sure they were reminded when their child was to be staggered in. She told me to put everything down and come to the office. That's when she called Mr. Tommy Lowery from the Board of Education. When we all three got into the office she accused me of not trying to get along with the new Pre-K teacher. Mrs. Moore was in new teacher meetings, and I was doing/preparing all her work. Her accusations were false and Mr. Tommy Lowery told me he was not there to take my job. Mr. Lowery told me I was doing a great job and that she was the one in trouble, because I was not the only one she had treated so badly. Because of her actions I lost 11 months of school. Mr. Johnny Hunt gave me a teaching position at another school.

I can't get my retirement because of this according to per/ Ms Angela McCormick at Public Schools of Robeson County.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-9-2018

Signature of Plaintiff: *Betty Jo Locklear Hill*
Printed Name of Plaintiff: Betty Jo Locklear Hill

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____